United States District Court
Southern District of Texas

**ENTERED**

March 24, 2016

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANNE  TURNAGE, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:16-CV-18 |
| | § | |
| NATIONAL CREDIT SYSTEMS, INC., | § | |
| | § | |
| Defendant. | § | |

### ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this law suit has been reached.  The

case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement

within ninety (90) days after the entry of this Order.

It is so Ordered.

SIGNED on this 24th day of March, 2016.

_____

Kenneth M. Hoyt
United States District Judge